FILED
CHARLOTTE, N. C.

NOV 28 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

3:06-MC-426

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Charlotte master jury wheel 125 names and draw from the Statesville master jury wheel 125 names for the service as 2007 GRAND JURORS for the United States District Court, Western District of North Carolina, Charlotte Division. The first appearance of these Grand Jurors is scheduled for Tuesday, January 23, 2007, at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including twelve regular terms of court convening on January 23, 2007; February 27, 2007; March 27, 2007; April 24, 2007; May 22, 2007; June 26, 2007; July 24, 2007; August 21, 2007; September 25, 2007; October 23, 2007; November 13, 2007; and December 18, 2007; and any additional sessions or dates which may be required.

This the 20 day of November, 2006.

Robert J. Conrad, Jr.
Chief United States District Court Judge